Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>MARICELA CUEVAS dba EL MARINERO; JESSICA ELIZABETH GARIBAY;<br><br>    Defendants. | No. 1:22-cv-01130-ADA-BAM<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; [PROPOSED] ORDER** |

**WHEREAS**, pursuant to the Court's Order Setting Mandatory Scheduling Conference (Dkt. 3), the Mandatory Scheduling Conference in this matter is set for December 6, 2022;

**WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants Maricela Cuevas dba El Marinero and Jessica Elizabeth Garibay ("Defendants," and together with Plaintiff, "the Parties") are engaged in settlement discussions and wish to conserve the Court's time and resources;

**NOW, THEREFORE,** the Parties stipulate and jointly request that the Mandatory Scheduling Conference be continued to a date on or after December 9, 2022 at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: November 28, 2022                    MOORE LAW FIRM, P.C.

                                            */s/ Tanya E. Moore*
                                            Tanya E. Moore
                                            Attorney for Plaintiff,
                                            Darren Gilbert

Dated: November 28, 2022                    HENDERSON HATFIELD
                                            a Professional Corporation

                                            */s/ Raquel A. Hatfield*
                                            Raquel A. Hatfield
                                            Stacy L. Henderson
                                            Attorneys for Defendants,
                                            Maricela Cuevas dba El Marinero and
                                            Jessica Elizabeth Garibay

## ORDER

The parties having so stipulated and good cause appearing,

   IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 6, 2022, is continued to **December 20, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties are to file their updated Joint Scheduling Report including an update on settlement efforts no later than seven days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

   Dated:   **December 1, 2022**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE