1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Darren Gilbert

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 DARREN GILBERT,                    )   No. 1:22-cv-01130-ADA-BAM
                                      )
12          Plaintiff,                )   **SECOND STIPULATION FOR**
                                      )   **CONTINUANCE OF MANDATORY**
13      vs.                           )   **SCHEDULING CONFERENCE;**
                                      )   **[PROPOSED] ORDER**
14 MARICELA CUEVAS dba EL             )
   MARINERO, et al.;                  )
15                                    )
                                      )
16          Defendants.               )
                                      )
17                                    )
                                      )
18 _____   )

19

20      **WHEREAS**, a Mandatory Scheduling Conference in this matter is currently scheduled

21 for December 20, 2023, having been continued once previously from December 6, 2022 pursuant

22 to stipulation (Dkt. 10);

23      **WHEREAS,** Plaintiff Darren Gilbert ("Plaintiff") and Defendants Maricela Cuevas dba

24 El Marinero and Jessica Elizabeth Garibay ("Defendants," and together with Plaintiff, "the

25 Parties"), the parties to this action, are engaged in settlement discussions;

26      **WHEREAS**, in furtherance of settlement discussions the Parties have agreed that

27 Plaintiff may proceed with his duly noticed Rule 34 inspection of the subject property on January

28

26, 2023, after which, upon receipt of his consultant's findings, he will provide a proposed settlement agreement to Defendants which will identify all injunctive relief he is seeking;

**WHEREAS**, the Parties will thereafter continue to engage in good faith settlement discussions for the purpose of resolving Plaintiff's claims and are optimistic that this matter can be resolved amicably; and

**WHEREAS,** in the meantime the Parties wish to conserve the Court's time and resources, as well as the Parties' resources in order to promote settlement;

**NOW, THEREFORE,** the Parties stipulate and jointly request that the Mandatory Scheduling Conference currently scheduled for December 20, 2022 be continued to a date on or after March 1, 2023 at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: December 6, 2022                MOORE LAW FIRM, P.C.

                                       */s/ Tanya E. Moore*
                                       Tanya E. Moore
                                       Attorney for Plaintiff,
                                       Darren Gilbert

Dated: December 6, 2022                HENDERSON HATFIELD
                                       a Professional Corporation

                                       */s/ Raquel A. Hatfield*
                                       Raquel A. Hatfield
                                       Stacy L. Henderson
                                       Attorneys for Defendants,
                                       Maricela Cuevas dba El Marinero and
                                       Jessica Elizabeth Garibay

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

The parties having so stipulated and good cause appearing, the Court hereby ORDERS:

1.  The Mandatory Scheduling Conference currently set for December 20, 2022, is continued to **March 6, 2023, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.**

2.  The parties are to file their updated Joint Scheduling Report including an update on settlement efforts no later than seven (7) days prior to the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **December 7, 2022**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE